# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Tommy Roy Taylor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:11-cv-2068-MBS |
| Mr. Hodge, Mental Health Counselor | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted. Plaintiff's action is dismissed without prejudice and without issuance or service of process.  The Plaintiff shall take nothing on his claim filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge.

Date:   April 5, 2012                                                                 *CLERK OF COURT*

                                                                                                s/H. Hillman
                                                                                    *Signature of Clerk or Deputy Clerk*